UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ERIC GACHUCHA ANDIKA, #1292358, Petitioner, vs. T. HANES, Warden, et al., Respondents. | No. 3:16-CV-3194-B |

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is ORDERED, ADJUDGED and DECREED that:

1. The successive petition for writ of habeas corpus under 28 U.S.C. § 2254 is hereby **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit pursuant to *Henderson v. Haro*, 282 F.3d 862, 864 (5th Cir. 2002) and *In re Epps*, 127 F.3d 364, 365 (5th Cir. 1997).

2. The Clerk shall transmit a true copy of this Judgment and the Order Accepting the Findings and Recommendation of the United States Magistrate Judge to all parties.

SIGNED this 3rd day of January, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE